# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **WESTFELDT BROTHERS, INC.** | * | **CIVIL ACTION NO.** |
| Plaintiff | * | |
| | * | 1:16-cv-03382-MHC |
| **Versus** | * | |
| | * | |
| **EXCELSO COFFEE, LLC and** | * | |
| **EXCELSO COFFEE COMPANY** | * | |
| | * | |
| | * | |
| | * | |

## MOTION FOR DEFAULT JUDGMENT AGAINST EXCELSO COFFEE COMPANY

**COMES NOW**, Plaintiff, Westfeldt Brothers, Inc. ("Westfeldt"), and hereby requests the Clerk to enter a default against the defendant, Excelso Coffee Company, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(b)(1) of the Federal Rules of Civil Procedure, and the suit seeks a judgment of a "sum certain," as further evidenced by the accompanying memorandum in support of this motion.

Respectfully submitted,

*/s/ Karen E. Bain*

{N3317623.1}

- 2 -

                Karen E. Bain
                Georgia Bar No. 495153
                JONES WALKER LLP
                One Midtown Plaza, Suite 1030
                1360 Peachtree St NE
                Atlanta, GA 30309
                kbain@joneswalker.com
                Telephone: (404) 870-7520
                Facsimile:  (404) 870-7575
                ATTORNEY FOR WESTFELDT BROTHERS, INC.

## CERTIFICATE OF SERVICE

I certify that on October 31, 2016, undersigned counsel sent a copy of the foregoing via certified U.S. Mail, postage prepaid, to the following addresses:

| | |
|---|---|
| Excelso Coffee, LLC<br>6700 Dawson Blvd.<br>Bldg 3<br>Norcross, GA 30093 | Excelso Coffee Company<br>6700 Dawson Blvd.<br>Bldg 3<br>Norcross, GA 30093 |

*/s/ Karen E. Bain*
KAREN E. BAIN