UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **WESTFELDT BROTHERS, INC.** | * | **CIVIL ACTION NO.** |
| Plaintiff | * | |
| | * | 1:16-cv-03382-MHC |
| **Versus** | * | |
| | * | |
| **EXCELSO COFFEE, LLC and** | * | |
| **EXCELSO COFFEE COMPANY,** | * | |
| Defendants. | * | |
| | * | |
| | * | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff, Westfeldt Brothers, Inc. and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, Excelso Coffee, LLC and Excelso Coffee Company.

Dated: February 22, 2017.

Respectfully submitted,

 */s/ Karen E. Bain*
Karen E. Bain
Georgia Bar No. 495153
JONES WALKER LLP
One Midtown Plaza, Suite 1030
1360 Peachtree St NE
Atlanta, GA 30309

kbain@joneswalker.com
Telephone: (404) 870-7520
Facsimile:   (404) 870-7575
ATTORNEY FOR WESTFELDT BROTHERS, INC.

- 3 -

## CERTIFICATE OF SERVICE

I certify that on February 22, 2017, undersigned counsel sent a copy of the foregoing via U.S. Mail, postage prepaid, to the following addresses:

| | |
|---|---|
| Excelso Coffee, LLC<br>6700 Dawson Blvd.<br>Bldg 3<br>Norcross, GA 30093 | Excelso Coffee Company<br>6700 Dawson Blvd.<br>Bldg 3<br>Norcross, GA 30093 |

*/s/ Karen E. Bain*
KAREN E. BAIN